IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03111

MICHAEL BACOTE, JR.,

    Plaintiff,

v.

U.S. BUREAU OF PRISONS,
HUGH J. HURWITZ, BOP Associate Director
U.S. PENITENTIARY ADMINISTRATIVE MAXIMUM, ADX,
ANDRE MATEVOUSIAN, ADX Warden

    Defendants.

## MOTION FOR LEAVE TO WITHDRAW FROM LIMITED SCOPE REPRESENTATION

Mark J. Ivandick Esq., hereby submits this Unopposed Motion for Leave for leave to withdraw from limited scope assistance, and in support thereof, states as follows.[1]

1. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon completion of the limited representation scope or objective agreed with counsel's client. D.C.COLO.LAttyR 5(b) provides:

**(b) Withdrawal of Appearance.** An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of

---

[1] Effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel. See D.C.COLO.LCivR 7.1(b)(4).

the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

2. Here, undersigned counsel seeks to withdraw from counsel's limited appearance to represent Plaintiff in this action for the limited purpose of amending a complaint, as counsel has completed the service as contemplated and agreed upon by counsel and the party.

3. Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw from the limited appearance, and on the basis that good cause is shown; counsel **certifies** that he has completed the service to satisfaction, evidenced by filing the amended complaint.

4. At the conclusion of this limited appearance, the pro se party has the

burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

     5. Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel. Undersigned counsel acknowledges that Plaintiff will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case.

     WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff pursuant to D.C.COLO.LAttyR 5(b).

     DATED this 30th day of January, 2019.

Respectfully submitted,

/s/ Mark J. Ivandick

Mark J. Ivandick
Disability Law Colorado
455 Sherman Street, Ste. 130
Denver, CO 80203
303-722-0300
mivandick@disabilitylawco.org

## CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of January, 2019 I electronically filed a motion to withdraw from limited scope assistance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Opposing counsel has not submitted an appearance.

     I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants by mail:

Michael Bacote, Jr.
Reg. # 05835-007
USP Max
P.O. Box 8500
Florence, CO  81226-8500

                                        Respectfully submitted,

                                        /s/ Mark J. Ivandick

                                        Mark J. Ivandick
                                        Disability Law Colorado
                                        455 Sherman Street, Ste. 130
                                        Denver, CO 80203
                                        303-722-0300
                                        mivandick@disabilitylawco.org