IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-03111-RM-NRN

MICHAEL BACOTE, JR.,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO APPEAR AS STUDENT ATTORNEY**

---

Pursuant to D.C.Colo.LAttyR 14, Mr. Bacote respectfully requests leave of Court for student attorney Julieanne Buchanan to appear before the Court and represent him in this matter under the supervision of the undersigned counsel. In support thereof, Mr. Bacote states as follows:

1. Ms. Buchanan is enrolled in the Civil Rights Clinic at the University of Denver Sturm College of Law for the 2021-2022 academic year, has satisfied the requirements specific to D.C.Colo.LAttyR 14, and has completed the Court's Law Student Appearance Form (attached as Exhibit 1).

2. The supervising attorneys in this case, Laura Rovner, Aurora L. Randolph, and Nicole B. Godfrey are licensed to practice law in the State of Colorado and are members in good standing of the bar of this Court. Pursuant to D.C.Colo.LAttyR 14, the supervising attorneys will assume personal responsibility for the student's work, will be present

1

whenever the student appears (before the Court or in depositions), will co-sign all pleadings and correspondence, and will maintain appropriate professional liability insurance for the supervising attorneys and eligible students.

3. Pursuant to D.COLO.L.Civ.R 7.1(A), undersigned counsel has conferred with Defendant's counsel regarding this motion. Defendant does not oppose the relief requested herein. For the above reasons, Mr. Bacote respectfully requests leave for student attorney Julieanne Buchanan to appear as counsel for Mr. Bacote in this matter under the supervision of Laura Rovner, Aurora L. Randolph, and Nicole B. Godfrey.

Respectfully submitted this 3rd day of February, 2022.

STUDENT LAW OFFICE

*s/ Nicole B. Godfrey*
Laura Rovner
Aurora Randolph
Nicole B. Godfrey
Denver College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
Phone: 303.871.6574
Email: ngodfrey@law.du.edu

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I filed the foregoing Plaintiff's Unopposed Motion for Leave to Appear as Student Attorneys using the Court's CM/ECF system, which will send notice of the filing via electronic mail to the following:

Kyle.Brenton@usdoj.gov
Elizabeth.Hagerty@usdoj.gov

*Counsel for Defendant*

*s/ Nicole B. Godfrey*
Nicole B. Godfrey