IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03111-RM-NRN

MICHAEL BACOTE, JR.,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Mr. Michael Bacote, Jr., the plaintiff in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Order (Doc. 180), entered on January 26, 2021, and this Court's Order and Final Judgment (Docs. 248 & 249), entered on August 4, 2022.

Respectfully submitted this 30th day of September, 2022.

                STUDENT LAW OFFICE

                s/*Aurora L. Randolph*
                Aurora L. Randolph
                Laura Rovner
                University of Denver Sturm College of Law
                Civil Rights Clinic
                2255 E. Evans Ave., Suite 335
                Denver, CO 80208
                P: (303) 871-6155
                E: arandolph@law.du.edu
                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2022, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Kyle Brenton
Kyle.brenton@usdoj.gov
*Counsel for Defendant*

*s/Aurora L. Randolph*
Aurora L. Randolph
